IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO.: 5:18-cr-00026 |
| | ) | |
| JAMES H. BLUME, JR. -01, | ) | |
| MARK T. RADCLIFFE -02, | ) | |
| JOSHUA RADCLIFFE -03, | ) | |
| MICHAEL T. MORAN -04, | ) | |
| SANJAY MEHTA -05, | ) | |
| BRIAN GULLETT -06, | ) | |
| VERNON STANLEY -07, | ) | |
| MARK CLARKSON -08, | ) | |
| WILLIAM EARLEY -09, | ) | |
| PAUL W. BURKE -10, | ) | |
| ROSWELL TEMPEST LOWRY -11, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Pretrial Motions Hearing scheduled for October 29, 2019 in the above-styled matter is **RESCHEDULED** to **Friday**, **November 1, 2019** at **10:00 a.m.** in **Beckley** before the undersigned.

The Court **DIRECTS** the Clerk to send a copy of this Order to the defendants and their counsel, to the Assistant United States Attorney, to the United States Probation Office, and to the Office of the United States Marshals Service.

**ENTERED**: October 1, 2019.

Omar J. Aboulhosn
United States Magistrate Judge