IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                CRIMINAL ACTION NO. 5:18-cr-00026-10

PAUL W. BURKE,

        Defendant.

**ORDER**

The Court has reviewed the Defendant's *Motion to Continue* (Document 738) and *Amended Motion to Continue* (Document 740) filed in this matter. Therein, the Defendant moves for a continuance of the January 30, 2020 sentencing hearing scheduled in related Criminal Action No. 2:19-cr-00071[1]. To the extent that the motions are pending in Criminal Action No. 5:18-cr-00026, the Court **ORDERS** that the same (Documents 738 & 740) be **TERMINATED AS MOOT**.

The Court **DIRECTS** the Clerk to send a copy of this Order to the Defendant and counsel and to the United States Attorney.

                ENTER:         November 4, 2019

                              Frank W. Volk
                              United States District Judge

---

[1] This Criminal Action is assigned to the Honorable Irene C. Berger.